STATE of Missouri, Respondent,

v.

Johnny Landon COPELIN, Appellant.

No. WD 36382.

Missouri Court of Appeals, Western District.

July 23, 1985.

Appeal from Division 4 Circuit Court, Boone County; K. Stanley Clay, Judge.

Francis C. Cline, Columbia, for appellant.

Jerome S. Antel, III, Asst. Pros. Atty., Columbia, for respondent.

BEFORE MANFORD, P.J., and PRITCHARD and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Direct appeal from conviction for driving while intoxicated, § 577.010, RSMo.Supp. 1984, and fine of $500.00.

Judgment affirmed. Rule 30.25(b).